## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL CASTILLO,<br><br>             Plaintiff,<br><br>– against–<br><br><br>T-MOBILE USA, INC. and<br>CONVERGENT OUTSOURCING, INC.,<br><br>             Defendant(s). | C.A. No. 17-563 |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses T-Mobile USA, Inc., from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                              Respectfully Submitted,

            **GARIBIAN LAW OFFICES, P.C.**

            */s/ Antranig Garibian*
            Antranig Garibian, Esq. (Bar No. 4962)
            1010 N. Bancroft Parkway, Suite 22
            Wilmington, DE 19805
            (302) 722-6885 (Tel)
            *Attorney for Plaintiff*


Dated:  November 10, 2017